**Order entered December 6, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00466-CR

### JUAN MANUEL AREVALOS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F19-00219-M**

## ORDER

Appellant has informed the Court that he wishes to file a pro se response to the *Anders* brief filed by appellate counsel. Accordingly, we **ORDER** appellate counsel F. Clinton Broden to provide appellant with copies of the clerk's and reporter's records. We further **ORDER** Mr. Broden to provide this Court, within **TWENTY DAYS** of the date of this order, with written verification that the record has been sent to appellant.

Appellant's pro se response is due by **February 7, 2020**.

We **DIRECT** the Clerk to send copies of this order to the Honorable Ernest White, Presiding Judge, 194th Judicial District Court; Belinda Baraka, Official Court Reporter, 194th

Judicial District Court, Felicia Pitre, Dallas County District Clerk; F. Clinton Broden; and the Dallas County District Attorney's Office.

We **DIRECT** the Clerk to send a copy of this order, by first class mail, to Juan Manuel Arevalos, BIN 17058346, Dallas County Jail, North Tower 6E04, PO Box 660334, Dallas, TX 75266-0334.

/s/    BILL PEDERSEN, III
JUSTICE